

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00223-CV

**IN THE INTEREST OF A.G.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02472
Honorable John D. Gabriel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED as to both parents.

SIGNED November 17, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice